FELICE JOHN VITI, Acting United States Attorney (7007)
MARK E. WOOLF, Assistant United States Attorney (WA 39399)
MARK Y. HIRATA, Assistant United States Attorney (5087)
TRAVIS K. ELDER, Assistant United States Attorney (11987)
Attorneys for the United States of America
111 South Main Street, Suite 1800, Salt Lake City, Utah 84111
(801) 524-5682 ⬥ travis.elder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DUSTIN CHRISTENSEN,<br><br>　　　　　Defendant. | **STATUS OF FORFEITURE**<br><br>Case No. 2:25-cr-00080 DAK<br><br>Judge Dale A. Kimball |

　　　　The United States of America hereby notifies the Court that it no longer seeks criminal judicial forfeiture of the following asset:

　　　　•　　Real property located at 4965 S. Woodhaven Drive, Taylorsville, Utah 84123

　　　　The United States will not seek a proposed order of forfeiture for the property, and forfeiture of the property need not be included in any judgment against the Defendant.

　　　　Dated this 1st day of July, 2025.

　　　　　　　　　　　　　　　　　　　　　　FELICE JOHN VITI
　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney


　　　　　　　　　　　　　　　　　　　　　　/s/ *Travis K. Elder*
　　　　　　　　　　　　　　　　　　　　　　TRAVIS K. ELDER
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney